ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
04 OCT 19 AM 11:15

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JEFFREY S. MERSMANN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. CV-04-PT-1346-E |
| ) | |
| BELLSOUTH ADVERTISING & PUBLISHING ) | District Judge Propst |
| CORPORTION (BAPCO) or that Legal Entity, ) | |
| Whether singular or plural, d/b/a BellSouth ) | Magistrate Judge Ott |
| Advertising & Publishing Corporation (BAPCO), ) | |
| And Fictitious Defendant "A" being that legal ) | |
| Entity, whether singular or plural, who or which ) | |
| Terminated Plaintiff's employment with said ) | |
| Defendant on or about, to wit: August 8, 2003. ) | |
| The names and addresses of said Fictitious ) | |
| Defendants will be substituted by amendment ) | |
| When ascertained. ) | |
| ) | |
| DEFENDANTS. ) | |

Granted
10-21-04
[signature] Propst
USDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

ENTERED
OCT 21 2004

| | |
|---|---|
| VALERIE WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. CV-04-PT-1348-E |
| ) | |
| BELLSOUTH ADVERTISING & PUBLISHING ) | District Judge Propst |
| CORPORTION (BAPCO) or that Legal Entity, ) | |
| Whether singular or plural, d/b/a BellSouth ) | Magistrate Judge Ott |
| Advertising & Publishing Corporation (BAPCO), ) | |
| And Fictitious Defendant "A" being that legal ) | |
| Entity, whether singular or plural, who or which ) | |
| Terminated Plaintiff's employment with said ) | |
| Defendant on or about, to wit: August 8, 2003. ) | |
| The names and addresses of said Fictitious ) | |
| Defendants will be substituted by amendment ) | |
| When ascertained. ) | |
| ) | |
| DEFENDANTS. ) | |